IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
SEATTLE DIVISION

| | |
|---|---|
| JASON TSUJIKAWA, <br><br> Plaintiff, <br><br> v. <br><br> LIFE INSURANCE COMPANY OF NORTH AMERICA, <br><br> Defendant. | No.: 2:18-CV-00548-RSM <br><br> ORDER GRANTING PLAINTIFF'S MOTION FOR LEAVE TO AMEND AND FILE A SECOND AMENDED COMPLAINT FOR SHORT-TERM AND LONG-TERM DISABILITY INSURANCE BENEFITS |

The Court, having considered the Plaintiff and Defendant's Stipulated Motion for Leave to Amend, Dkt # 9, hereby grants leave for plaintiff to file a Second Amended Complaint.

DATED this 26th day of June, 2018.

*[signature]*

RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

ORDER
Page 1 of 1

**ROY LAW**
1000 SW Broadway, #1740
Portland, OR 97205
TEL 503-206-4313
FAX 855-344-1726
chris@roylawpdx.com