IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
SEATTLE DIVISION

JASON TSUJIKAWA,

        Plaintiff,

v.

LIFE INSURANCE COMPANY OF NORTH AMERICA,

        Defendant.

No.: 2:18-CV-00548-RSM

STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE

## I. STIPULATION

IT IS STIPULATED by and between the parties hereto that any and all claims or causes of action may be dismissed in their entirety with prejudice and without an award of costs or fees to either party.

DATED: November 13, 2018

ROY LAW GROUP

By: /s/ Chris Roy
    Chris Roy, WSBA No. 29070
    Attorneys for Plaintiff

LANE POWELL PC

By: /s/ Charles Huber
    Charles Huber, WSBA No. 18941
    Attorneys for Defendant

STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE Case No.: 2:18-cv-00548-RSM
Page 1 of 2

**ROY LAW GROUP**
1000 SW Broadway, #1740
Portland, OR 97205
TEL 503-206-4313
FAX 855-344-1726
chris@roylawgroup.com

## II. ORDER

The parties having stipulated for dismissal of any and all claims or causes of action in their entirety with prejudice and without an award of costs or fees to either party, and the Court being fully advised in the premises; NOW THEREFORE,

IT IS ORDERED that any and all claims or causes of action in their entirety are hereby dismissed with prejudice and without and award of costs or fees to either party.

DATED this 14 day of November, 2018.

RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

Presented by:

ROY LAW GROUP

By: /s/ Chris Roy
    Chris Roy, WSBA No. 29070
    chris@roylawpdx.com
    Attorneys for Plaintiff

LANE POWELL PC

By: /s/ Charles Huber
    Charles Huber, WSBA No. 18941
    huberc@lanepowell.com
    Attorneys for Defendant

STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE Case No.: 2:18-cv-00548-RSM
Page 2 of 2

**ROY LAW GROUP**
1000 SW Broadway, #1740
Portland, OR 97205
TEL 503-206-4313
FAX 855-344-1726
chris@roylawgroup.com